UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,<br><br>Defendant. | Civil Action No. 26-3251 (TSC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Danielle D. Peraza as counsel for Defendant in this action.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Danielle D. Peraza*

Danielle D. Peraza,
D.C. Bar #900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1727
Danielle.Peraza@usdoj.gov

*Attorney for the United States of America*